

No appearance for appellant.

Leon B. Douglas, State's Atty., Austin for the State.

PER CURIAM.

The offense is cattle theft; the punishment, 5 years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review. The judgment is affirmed.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is unlawfully carrying a pistol; the punishment, a fine of $300.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.

**Huey Jaffie MANAHAN, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27870.**

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

**Robert J. HOOPER, Appellant,**

**v.**

**The STATE of Texas, Appellee.**

**No. 27858.**

Court of Criminal Appeals of Texas.

Nov. 30, 1955.

